Ent JS-6

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

AUG 1 2 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE ANTHONY MARQUEZ,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　Respondent. | Case No.  CV 08-630-GW (RNB)<br><br>**J U D G M E N T** |

　　　In accordance with the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　　IT IS HEREBY ADJUDGED that the Petition is summarily dismissed.

DATED: August 11, 2008

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 1 2 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY